**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6679**

---

STEVEN JAMES KELLY,

        Plaintiff - Appellant,

    v.

AMERICAN BAR ASSOCIATION,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-ct-03047-M)

---

Submitted:  October 29, 2024                Decided:  November 18, 2024

---

Before HARRIS, HEYTENS, and BERNER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven James Kelly, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven James Kelly appeals the district court's order dismissing without prejudice his complaint for lack of subject matter jurisdiction, or alternatively, as frivolous and for failure to state a claim on which relief can be granted. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Kelly v. Am. Bar Ass'n*, No. 5:24-ct-03047-M (E.D.N.C. June 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*